ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:     *zalinder@sideman.com*
LYNDSEY C. HEATON (State Bar No. 262883)
E-Mail:     *lheaton@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiff
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual,<br><br>          Defendants. | Case No. 3:19-cv-01462<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>(Fed. R. Civ. P. 7.1 and Civil L.R. 3-15) |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Plaintiff Tesla, Inc. ("Tesla"), by and through its undersigned counsel, hereby certify the following:

Tesla has no parent corporation and no public corporation owns 10% or more of the Company's stock.

Further, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATED: March 20, 2019          SIDEMAN & BANCROFT LLP

By: _____/s/ *Zachary J. Alinder*_____
        Zachary J. Alinder
        *Attorneys for Plaintiff*
        TESLA, INC.