ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail: *zalinder@sideman.com*
LYNDSEY C. HEATON (State Bar No. 262883)
E-Mail: *lheaton@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiff
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TESLA, INC., a Delaware Corporation, | Case No. 3:19-cv-01462-EDL |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF LYNDSEY C. HEATON** |
| ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual, | |
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Lyndsey C. Heaton of Sideman & Bancroft LLP hereby enters her appearance as counsel of record on behalf of plaintiff Tesla, Inc. in the above-captioned matter.

Plaintiff hereby requests that all notices, including electronic notices ("ECF"), given or required to be given and all papers filed or served or required to be served in the above-captioned matter, be served upon counsel at the address set forth on the caption page above and repeated here below:

> LYNDSEY C. HEATON (State Bar No. 262883)
> E-Mail: *lheaton@sideman.com*
> SIDEMAN & BANCROFT LLP
> One Embarcadero Center, Twenty-Second Floor
> San Francisco, California 94111-3711
> Telephone: (415) 392-1960
> Facsimile: (415) 392-0827

Respectfully submitted,

DATED: March 21, 2019      SIDEMAN & BANCROFT LLP

By: /s/ *Lyndsey C. Heaton*
Lyndsey C. Heaton
Attorneys for Plaintiff
Tesla, Inc.