# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| TESLA, INC., a Delaware Corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:19-cv-01462 EDL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ZOOX, INC.
SCOTT TURNER
SYDNEY COOPER
CHRISTIAN DEMENT
CRAIG EMIGH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary Alinder
Lyndsey Heaton
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA  94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 03/22/2019

Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| LYNDSEY C. HEATON | SBN: 262883<br>Sideman & Bancroft LLP<br>1 Embarcadero Center 22nd Floor  San Francisco, CA 94111 | | |
| TELEPHONE NO.: (415) 392-1960 | FAX NO. (415) 392-0827 | E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): Plaintiff: | | |

**United States District Court**
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

| PLAINTIFF/PETITIONER: TESLA INC. A DELAWARE CORPORATION | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ZOOX, INC., A DELAWARE CORPORATION et al. | 3:19-CV-01462-EDL |

| PROOF OF SERVICE | Ref. No. or File No.: 9963-2 |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1. MISAPPROPRIATION OF TRADE SECRETS UNDER THE DEFEND TRADE SECRETS ACT; 2. MISAPPROPRIATION OF TRADE SECRETS UNDER THE CALIFORNIA UNIFORM TRADE SECRETS ACT; 3. BREACH OF CONTRACT; 4. BREACH OF DUTY OF LOYALTY; AND 5. AIDING AND ABETTING BREACH OF DUTY OF LOYALTY DEMAND FOR JURY TRIAL; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ORDER REASSIGNING CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (JUDGE LAPORTE); ORDER SETTING CASE MANAGEMENT CONFERENCE (JUDGE HAMILTON); CIVIL PRETRIAL INSTRUCTIONS JUDGE HAMILTON; STANDING ORDER FOR CASES INVOLVING SEALED OR CONFIDENTIAL DOCUMENTS (JUDGE HAMILTON); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION; FILING PROCEDURES (OAKLAND)**

PARTY SERVED: ZOOX, INC., A DELAWARE CORPORATION
PERSON SERVED: Carlos Paz - Authorized Agent
DATE & TIME OF DELIVERY: 3/26/2019
1:30 PM
ADDRESS, CITY, AND STATE: 818 WEST SEVENTH STREET, SUITE 930
LOS ANGELES, CA 90017

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 170.00
County: SANTA CLARA
Registration No.: PS1664
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 9963-2

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 27, 2019

Signature: _____
GIL LE PERSONNIC

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: P169296/General