Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendant Zoox, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TESLA, INC., a Delaware Corporation, ) | Case No. 4:19-cv-01462-PJH |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEARANCE OF** |
| ) | **CHRISTOPHER W. KEEGAN** |
| vs. ) | |
| ) | |
| ZOOX, INC., a Delaware Corporation; SCOTT ) | |
| TURNER, an individual; SYDNEY COOPER, an ) | |
| individual; CHRISTIAN DEMENT, an individual; ) | |
| and, CRAIG EMIGH, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

1   TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Christopher W. Keegan of Kirkland & Ellis LLP hereby

3   appears as counsel of record for Defendant Zoox, Inc.

4   Copies of all pleadings, papers, correspondence, and electronic filing notices should be

5   directed to:

Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

DATED:  April 16, 2019                    Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Christopher W. Keegan*
Christopher W. Keegan (SBN 232045)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant Zoox, Inc.*

**CERTIFICATE OF SERVICE**

On April 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Christopher W. Keegan*
Christopher W. Keegan