Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (*pro hac vice*)
sean.mceldowney@kirkland.com
Alexia R. Brancato (*pro hac vice*)
alexia.brancato@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

*Attorneys for Defendant Zoox, Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TESLA, INC., a Delaware Corporation, | Case No. 4:19-cv-01462-PJH |
| Plaintiff, | **DEFENDANT ZOOX, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND F.R.C.P. 7.1** |
| vs. | |
| ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual, | |
| Defendants. | |

Defendant Zoox, Inc. provides the following certification of interested entities or persons under Civil Local Rule 3-15 and Federal Rule of Civil Procedure 7.1.

Pursuant to Civil L.R. 3-15, Defendant Zoox, Inc., through its undersigned counsel, certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Fed. R. Civ. P. 7.1, Defendant Zoox, Inc., through its undersigned counsel, certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Executed this 30th day of April, 2019, in San Francisco, California.

/s/ Christopher W. Keegan
Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400

Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (*pro hac vice*)
sean.mceldowney@kirkland.com
Alexia R. Brancato (*pro hac vice*)
alexia.brancato@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000

*Attorneys for Defendant Zoox, Inc.*

# CERTIFICATE OF SERVICE

On April 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                                 */s/ Christopher W. Keegan*
                                                 Christopher W. Keegan