Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (*pro hac vice*)
sean.mceldowney@kirkland.com
Alexia R. Brancato (*pro hac vice*)
alexia.brancato@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

*Attorneys for Defendant Zoox, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TESLA, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual,<br><br>       Defendants. | Case No. 4:19-cv-01462-PJH<br><br>**STIPULATION FOR THE EXTENSION OF TIME FOR DEFENDANTS ZOOX, INC., SCOTT TURNER, SYDNEY COOPER, AND CRAIG EMIGH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

1  Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Tesla, Inc. ("Tesla") and Defendants Zoox, Inc., Scott Turner, Sydner Cooper, and Craig Emigh ("Defendants"), through their respective attorneys, that:

  WHEREAS, Tesla filed a Complaint in the above-captioned case on March 20, 2019;

  WHEREAS, on April 16, 2019, Tesla and Defendants agreed to extend Defendants' time to respond to the Complaint to April 30, 2019;

  WHEREAS, the parties have met, conferred, and agree to extend Defendants' time to respond to the Complaint to May 28, 2019; and,

  WHEREAS, the stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

  NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT Defendants Zoox, Inc., Scott Turner, Sydner Cooper, and Craig Emigh's response to the Complaint is due on May 28, 2019.

DATED: April 30, 2019

| | |
|---|---|
| */s/ Christopher W. Keegan* | */s/ Zachary J. Alinder* |
| Christopher W. Keegan (SBN 232045) | Zachary J. Alinder (SBN 209009) |
| chris.keegan@kirkland.com | zalinder@sideman.com |
| KIRKLAND & ELLIS LLP | Lyndsey C. Heaton (SBN 262883) |
| 555 California Street | lheaton@sideman.com |
| San Francisco, California  94104 | SIDEMAN & BANCROFT LLP |
| Telephone: (415) 439-1400 | One Embarcadero Center, 22 Fl. |
| | San Francisco, California  94111 |
| Gregg F. LoCascio, P.C. (*pro hac vice*) | Telephone: (415) 392-1960 |
| gregg.locascio@kirkland.com | |
| Sean M. McEldowney (*pro hac vice*) | *Attorneys for Plaintiff Tesla, Inc.* |
| sean.mceldowney@kirkland.com | |
| Alexia R. Brancato (*pro hac vice*) | |
| alexia.brancato@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C.  20004 | |
| Telephone: (202) 389-5000 | |

*Attorneys for Defendant Zoox, Inc.*

*/s/ Jonathan A. Patchen*
Jonathan A. Patchen
jpatchen@taylorpatchen.com
Cheryl A. Cauley
ccauley@taylorpatchen.com
Daniel P. Martin
dmartin@taylorpatchen.com
TAYLOR & PATCHEN
One Ferry Building, Suite 355
San Francisco, CA  94111
Telephone: (415) 788-8200

*Attorneys for Defendants Scott Turner,
Sydney Cooper, and Craig Emigh*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

   /s/ Christopher W. Keegan
   Christopher W. Keegan

**CERTIFICATE OF SERVICE**

On April 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Christopher W. Keegan*
Christopher W. Keegan