1  Christopher W. Keegan (SBN 232045)
   chris.keegan@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4
5  Gregg F. LoCascio, P.C. (*pro hac vice*)
   gregg.locascio@kirkland.com
6  Sean M. McEldowney (*pro hac vice*)
   sean.mceldowney@kirkland.com
7  Alexia R. Brancato (*pro hac vice*)
   alexia.brancato@kirkland.com
8  KIRKLAND & ELLIS LLP
   1301 Pennsylvania Avenue, N.W.
9  Washington, D.C.  20004
   Telephone: (202) 389-5000
10
11 *Attorneys for Defendant Zoox, Inc.*

12
                  **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**
                         **OAKLAND DIVISION**
14

15 | | |
|---|---|
| TESLA, INC., a Delaware Corporation, | Case No. 4:19-cv-01462-PJH |
| Plaintiff, | **STIPULATION FOR THE EXTENSION OF TIME FOR DEFENDANTS ZOOX, INC., SCOTT TURNER, SYDNEY COOPER, AND CRAIG EMIGH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |
| vs. | |
| ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual, | |
| Defendants. | |

1      Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Tesla, Inc. ("Tesla") and Defendants Zoox, Inc., Scott Turner, Sydner Cooper, and Craig Emigh ("Defendants"), through their respective attorneys, that:

     WHEREAS, Tesla filed a Complaint in the above-captioned case on March 20, 2019;

     WHEREAS, on April 16, 2019, Tesla and Defendants agreed to extend Defendants' time to respond to the Complaint to April 30, 2019;

     WHEREAS, on April 30, 2019, Tesla and Defendants agreed to extend Defendants' time to respond to the Complaint to May 28, 2019;

     WHEREAS, the parties have met, conferred, and agree to extend Defendants' time to respond to the Complaint to June 28, 2019; and,

     WHEREAS, the stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

     NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT Defendants Zoox, Inc., Scott Turner, Sydner Cooper, and Craig Emigh's response to the Complaint is due on June 28, 2019.

DATED: May 28, 2019

| | |
|---|---|
| */s/ Christopher W. Keegan* | */s/ Zachary J. Alinder* |
| Christopher W. Keegan (SBN 232045) | Zachary J. Alinder (SBN 209009) |
| chris.keegan@kirkland.com | zalinder@sideman.com |
| KIRKLAND & ELLIS LLP | Lyndsey C. Heaton (SBN 262883) |
| 555 California Street | lheaton@sideman.com |
| San Francisco, California 94104 | SIDEMAN & BANCROFT LLP |
| Telephone: (415) 439-1400 | One Embarcadero Center, 22 Fl. |
| | San Francisco, California 94111 |
| Gregg F. LoCascio, P.C. (*pro hac vice*) | Telephone: (415) 392-1960 |
| gregg.locascio@kirkland.com | |
| Sean M. McEldowney (*pro hac vice*) | *Attorneys for Plaintiff Tesla, Inc.* |
| sean.mceldowney@kirkland.com | |
| Alexia R. Brancato (*pro hac vice*) | |
| alexia.brancato@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20004 | |
| Telephone: (202) 389-5000 | |

*Attorneys for Defendant Zoox, Inc.*

*/s/ Jonathan A. Patchen*
Jonathan A. Patchen
jpatchen@taylorpatchen.com
Cheryl A. Cauley
ccauley@taylorpatchen.com
Daniel P. Martin
dmartin@taylorpatchen.com
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200

*Attorneys for Defendants Scott Turner,
Sydney Cooper, and Craig Emigh*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

*/s/ Christopher W. Keegan*
Christopher W. Keegan

**CERTIFICATE OF SERVICE**

On May 28, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Christopher W. Keegan*
Christopher W. Keegan