James Cai (SBN 200189)
Christopher W. Loweth (SBN 201805)
SAC Attorneys LLP
1754 Technology Drive, Suite 122
San Jose, California 95110
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

*Attorneys for Defendant Christian Dement*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and CRAIG EMIGH, an individual,<br><br>            Defendants. | Case No.: 4:19-cv-01462-PJH<br>Hon. Judge Phyllis J. Hamilton<br><br>**STIPULATION FOR THE EXTENSION OF TIME FOR DEFENDANT CHRISTIAN DEMENT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff TESLA, INC. ("Tesla") and Defendant CHRISTIAN DEMENT through their respective attorneys, that:

1.      WHEREAS, Tesla filed a Complaint in the above-captioned case on March 20, 2019;

2.      WHEREAS, on April 16, 2019, Defendant DEMENT agreed to waive service as provided for by Fed. R. Civ. P. 4(d);

3.      WHEREAS, pursuant to Fed. R. Civ. P. 4(d)(3), Defendant DEMENT's time to respond to the Complaint would be June 17, 2019;

4.      WHEREAS, on June 17, 2019, Tesla and Defendant DEMENT agreed to extend Defendant DEMENT's time to respond to the Complaint to July 8, 2019;

5.      and, WHEREAS, the stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT Defendants Defendant CHRISTIAN DEMENT'S response to the Complaint is due on July 8, 2019.

Dated:  June 17, 2019

| /s/ Lyndsey C. Heaton | /s/ Christopher W. Loweth |
|---|---|
| Zachary J. Alinder (SBN 209009) | James Cai (SBN 200189) |
| zalinder@sideman.com | jcai@sacattorneys.com |
| Lyndsey C. Heaton (SBN 262883) | Christopher W. Loweth, (SBN 201805) |
| lheaton@sideman.com | cloweth@sacattorneys.com |
| SIDEMAN & BANCROFT LLP | SAC ATTORNEYS LLP |
| One Embarcadero Center, 22 Fl. | 1754 Technology Drive, Suite 122 |
| San Francisco, California 94111 | San Jose, CA  95110 |
| Telephone: (415) 392-1960 | Telephone: (408) 436-0789 |
| *Attorneys for Plaintiff Tesla* | *Attorneys for Defendant Christian Dement* |

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the consent in the filing of the document from the other signatory.

  /s/ Christopher W. Loweth
Christopher W. Loweth,

## CERTIFICATE OF SERVICE

On June 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

  /s/ Christopher W. Loweth
Christopher W. Loweth,