SINGER CASHMAN LLP
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:     (415) 500-6080
Facsimile:      (415) 500-6080

TAYLOR & PATCHEN LLP
  Cheryl A. Cauley (Bar No. 252262)
  ccauley@taylorpatchen.com
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone:     (415) 788-8200
Facsimile:     (415) 788-8208

*Attorneys for Defendants Scott Turner, Sydney Cooper and Craig Emigh*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESLA, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMET, an individual; and, CRAIG EMIGH, an individual,<br><br>        Defendants. | CASE NO. 4:19-CV-01462-PJH<br><br>**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

**NOTICE**

PLEASE TAKE NOTICE that Defendants Scott Turner, Sydney Cooper and Craig Emigh ("Defendants") have retained Singer Cashman LLP as counsel. Adam S. Cashman and Doug Tilley hereby appear as counsel for Defendants.

PLEASE TAKE FURTHER NOTICE that Taylor & Patchen, LLP hereby withdraws as counsel of record for Defendants.

Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

> Adam S. Cashman
> acashman@singercashman.com
> Doug Tilley
> dtilley@singercashman.com
> SINGER CASHMAN LLP
> 601 Montgomery Street, Suite 1950
> San Francisco, California  94111
> Telephone:      (415) 500-6080
> Facsimile:       (415) 500-6080

The undersigned persons hereby consent, on behalf of themselves and their respective law firms, to the above substitution and withdrawal of counsel.

Date: October 16, 2019          SINGER CASHMAN LLP

                                By: */s/ Adam Cashman*
                                    Adam S. Cashman

Date: October 16, 2019          TAYLOR & PATCHEN, LLP

                                By: */s/ Cheryl A. Cauley*
                                    Cheryl A. Cauley

The above withdrawal and substitution of counsel is granted and so ordered.

Date: _____
      _____
      PHYLLIS J. HAMILTON
      UNITED STATES CHIEF DISTRICT JUDGE

**ATTESTATION REGARDING SIGNATURES**

I, Adam Cashman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

I, Adam Cashman, certify that on October 17, 2019 I filed and electronically served on all parties registered as CM/ECF users via the Court's CM/ECF website a true and correct copy of **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**. I further certify that foregoing document was served on all those parties not registered as CM/ECF users in this action as follows:

| | |
|---|---|
| Scott Turner<br>34684 Mission Boulevard, Apt. 106<br>Union City, CA 94587 | Sydney Cooper<br>104 Caprice Circle<br>Hercules, CA 94547 |
| Craig Emigh<br>42950 Everglades Park Drive<br>Fremont, CA 94538 | |

by placing the above mentioned document in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as set for the above.

I declare under penalty of perjury, under the laws of the United States of America and the state of California, that the foregoing is true and correct.

Executed on October 17, 2019, at San Francisco, California.

*/s/ Adam Cashman*
Adam Cashman