| | |
|---|---|
| SINGER CASHMAN LLP | TAYLOR & PATCHEN LLP |
| Adam S. Cashman (Bar No. 255063) | Cheryl A. Cauley (Bar No. 252262) |
| acashman@singercashman.com | ccauley@taylorpatchen.com |
| Doug Tilley (Bar No. 265997) | One Ferry Building, Suite 355 |
| dtilley@singercashman.com | San Francisco, CA 94111 |
| 601 Montgomery Street, Suite 1950 | Telephone: (415) 788-8200 |
| San Francisco, CA 94111 | Facsimile: (415) 788-8208 |
| Telephone: (415) 500-6080 | |
| Facsimile: (415) 500-6080 | |

*Attorneys for Defendants Scott Turner, Sydney Cooper and Craig Emigh*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESLA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMET, an individual; and, CRAIG EMIGH, an individual,<br><br>Defendants. | CASE NO. 4:19-CV-01462-PJH<br><br>**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL CPF" ""QTFGT"** |

# NOTICE

PLEASE TAKE NOTICE that Defendants Scott Turner, Sydney Cooper and Craig Emigh ("Defendants") have retained Singer Cashman LLP as counsel.  Adam S. Cashman and Doug Tilley hereby appear as counsel for Defendants.

PLEASE TAKE FURTHER NOTICE that Taylor & Patchen, LLP hereby withdraws as counsel of record for Defendants.

Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

>    Adam S. Cashman
>    acashman@singercashman.com
>    Doug Tilley
>    dtilley@singercashman.com
>    SINGER CASHMAN LLP
>    601 Montgomery Street, Suite 1950
>    San Francisco, California  94111
>    Telephone:     (415) 500-6080
>    Facsimile:     (415) 500-6080

The undersigned persons hereby consent, on behalf of themselves and their respective law firms, to the above substitution and withdrawal of counsel.

Date:  October 16, 2019            SINGER CASHMAN LLP

                                   By: /s/ Adam Cashman
                                       Adam S. Cashman

Date:  October 16, 2019            TAYLOR & PATCHEN, LLP

                                   By: /s/ Cheryl A. Cauley
                                       Cheryl A. Cauley

The above withdrawal and substitution of counsel is granted and so ordered.

Date:  October 23, 2019            _____
                                   PHYLLIS J. HAMILTON
                                   UNITED STATES CHIEF DISTRICT JUDGE



**ATTESTATION REGARDING SIGNATURES**

I, Adam Cashman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

