Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (*pro hac vice*)
sean.mceldowney@kirkland.com
Alexia R. Brancato (*pro hac vice*)
alexia.brancato@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000

*Attorneys for Defendant Zoox, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TESLA, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual,<br><br>　　　　　Defendants. | Case No. 4:19-cv-01462-PJH<br><br>**STIPULATED REQUEST FOR ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 6-2(a), it is hereby stipulated by and between Plaintiff Tesla, Inc. ("Tesla") and Defendants Zoox, Inc., Scott Turner, Sydney Cooper and Craig Emigh ("Defendants" and together with Tesla, the "Parties"), through their respective attorneys, that: |

Pursuant to Local Rule 6-2(a), it is hereby stipulated by and between Plaintiff Tesla, Inc. ("Tesla") and Defendants Zoox, Inc., Scott Turner, Sydney Cooper and Craig Emigh ("Defendants" and together with Tesla, the "Parties"), through their respective attorneys, that:

WHEREAS, Tesla filed a Complaint in the above-captioned case on March 20, 2019;

WHEREAS, on March 25, 2019, the Court scheduled the Initial Case Management Conference ("CMC") for July 18, 2019;

WHEREAS, on July 29, 2019, the Court granted a stipulation continuing the CMC to October 17, 2019;

WHEREAS, on September 27, 2019, the Court granted a stipulation continuing the CMC to December 19, 2019;

WHEREAS, Tesla and Defendants have agreed to prior extensions of Defendants' time to respond to the Complaint, including stipulating on November 22, 2019 to extend Defendants' time to respond to the Complaint to December 20, 2019;

WHEREAS, the above stipulated extension for Defendants Zoox, Inc., Scott Turner, Sydney Cooper, and Craig Emigh time to respond to the Complaint places the deadline for the time to respond to the Complaint after the CMC, currently scheduled for December 19, 2019;

WHEREAS, the Parties are engaged in negotiations to resolve this lawsuit; and,

WHEREAS, the Parties believe that there is good cause to continue the currently scheduled CMC to December 19, 2019 in the interest of judicial economy and to allow for continued discussions between the parties, followed, if necessary, by responses to the Complaint (by answer or motion).

Accordingly, the Parties **HEREBY STIPULATE AND AGREE**, and further request that the Court order, that:

1.  The Initial Case Management Conference be continued to <u>January 16, 2020</u>;
2.  Any CMC-related deadlines and obligations imposed on the parties, including, without limitation, those described in Rule 26 of the Federal Rules of Civil Procedure and in the Order Setting Initial Case Management Conference and ADR Deadlines, Dkt. 9, shall be continued to dates 7 or 21 days in advance of January 16, 2020, as described on Page 2 of that Order, in the Order Setting Case Management Conference, Dkt. 12, and in Rule 26 of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: November 22, 2019

| | |
|---|---|
| */s/ Christopher W. Keegan* | */s/ Zachary J. Alinder* |
| Christopher W. Keegan (SBN 232045) | Zachary J. Alinder (SBN 209009) |
| chris.keegan@kirkland.com | zalinder@sideman.com |
| KIRKLAND & ELLIS LLP | Lyndsey C. Heaton (SBN 262883) |
| 555 California Street | lheaton@sideman.com |
| San Francisco, California  94104 | SIDEMAN & BANCROFT LLP |
| Telephone: (415) 439-1400 | One Embarcadero Center, 22 Fl. |
| | San Francisco, California  94111 |
| Gregg F. LoCascio, P.C. (*pro hac vice*) | Telephone: (415) 392-1960 |
| gregg.locascio@kirkland.com | |
| Sean M. McEldowney (*pro hac vice*) | *Attorneys for Plaintiff Tesla, Inc.* |
| sean.mceldowney@kirkland.com | |
| Alexia R. Brancato (*pro hac vice*) | |
| alexia.brancato@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C.  20004 | |
| Telephone: (202) 389-5000 | |

*Attorneys for Defendant Zoox, Inc.*

*/s/ Adam S. Cashman*
Adam S. Cashman
acashman@singercashman.com
Doug Tilley
dtilley@singercashman.com
SINGER CASHMAN LLP
601 Montgomery Street, Suite 1950
San Francisco, California 94111
Telephone: (415) 500-6080
*Attorneys for Defendants Scott Turner,
Sydney Cooper, and Craig Emigh*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                                        Hon. Phyllis J. Hamilton
                                                        United States District Judge

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

          */s/ Christopher W. Keegan*
          Christopher W. Keegan

**CERTIFICATE OF SERVICE**

On November 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Christopher W. Keegan*
Christopher W. Keegan