Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (*pro hac vice*)
sean.mceldowney@kirkland.com
Alexia R. Brancato (*pro hac vice*)
alexia.brancato@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000

*Attorneys for Defendant Zoox, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TESLA, INC., a Delaware Corporation, | Case No. 4:19-cv-01462-PJH |
| Plaintiff, | **STIPULATION FOR THE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |
| vs. | |
| ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual, | |
| Defendants. | |

Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Tesla, Inc. ("Tesla") and Defendants Zoox, Inc., Scott Turner, Sydney Cooper, and Craig Emigh ("Defendants"), through their respective attorneys, that:

WHEREAS, Tesla filed a Complaint in the above-captioned case on March 20, 2019;

WHEREAS, Tesla and Defendants have previously agreed to extend Defendants' time to respond to the Complaint on multiple occasions;

WHEREAS, the parties have met, conferred, and agree to extend Defendants' time to respond to the Complaint to January 23, 2020; and

WHEREAS, the stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT Defendants' response to the Complaint is due on January 23, 2020.

DATED: December 19, 2019

| | |
|---|---|
| */s/ Christopher W. Keegan* | */s/ Zachary J. Alinder* |
| Christopher W. Keegan (SBN 232045) | Zachary J. Alinder (SBN 209009) |
| chris.keegan@kirkland.com | zalinder@sideman.com |
| KIRKLAND & ELLIS LLP | Lyndsey C. Heaton (SBN 262883) |
| 555 California Street | lheaton@sideman.com |
| San Francisco, California  94104 | SIDEMAN & BANCROFT LLP |
| Telephone: (415) 439-1400 | One Embarcadero Center, 22 Fl. |
| | San Francisco, California  94111 |
| Gregg F. LoCascio, P.C. (*pro hac vice*) | Telephone: (415) 392-1960 |
| gregg.locascio@kirkland.com | |
| Sean M. McEldowney (*pro hac vice*) | *Attorneys for Plaintiff Tesla, Inc.* |
| sean.mceldowney@kirkland.com | |
| Alexia R. Brancato (*pro hac vice*) | |
| alexia.brancato@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C.  20004 | |
| Telephone: (202) 389-5000 | |

*Attorneys for Defendant Zoox, Inc.*


*/s/ Adam S. Cashman*
Adam S. Cashman
acashman@singercashman.com
Doug Tilley
dtilley@singercashman.com
SINGER CASHMAN LLP
601 Montgomery Street, Suite 1950
San Francisco, California 94111
Telephone: (415) 500-6080
*Attorneys for Defendants Scott Turner,
Sydney Cooper, and Craig Emigh*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                      */s/ Christopher W. Keegan*
                                      Christopher W. Keegan

ATTESTATION                                                                                                      CASE NO. 4:19-CV-01462-PJH

**CERTIFICATE OF SERVICE**

On December 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Christopher W. Keegan*
Christopher W. Keegan