Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (*pro hac vice*)
sean.mceldowney@kirkland.com
Alexia R. Brancato (*pro hac vice*)
alexia.brancato@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000

*Attorneys for Defendant Zoox, Inc*.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TESLA, INC., a Delaware Corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>ZOOX, INC., a Delaware Corporation; SCOTT TURNER, an individual; SYDNEY COOPER, an individual; CHRISTIAN DEMENT, an individual; and, CRAIG EMIGH, an individual,<br><br>           Defendants. | Case No. 4:19-cv-01462-PJH<br><br>**STIPULATION FOR THE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

1 | Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Tesla, Inc. ("Tesla") and Defendants Zoox, Inc., Scott Turner, Sydney Cooper, and Craig Emigh ("Defendants"), through their respective attorneys, that:

WHEREAS, Tesla filed a Complaint in the above-captioned case on March 20, 2019;

WHEREAS, Tesla and Defendants have previously agreed to extend Defendants' time to respond to the Complaint on multiple occasions;

WHEREAS, the parties have met, conferred, and agree to extend Defendants' time to respond to the Complaint to April 8, 2020; and

WHEREAS, the stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT Defendants' response to the Complaint is due on April 8, 2020.

1  DATED: March 4, 2020

2  */s/ Christopher W. Keegan*  */s/ Zachary J. Alinder*
3  Christopher W. Keegan (SBN 232045)  Zachary J. Alinder (SBN 209009)
   chris.keegan@kirkland.com  zalinder@sideman.com
4  KIRKLAND & ELLIS LLP  Lyndsey C. Heaton (SBN 262883)
   555 California Street  lheaton@sideman.com
5  San Francisco, California 94104  SIDEMAN & BANCROFT LLP
   Telephone: (415) 439-1400  One Embarcadero Center, 22 Fl.
6  San Francisco, California 94111
7  Gregg F. LoCascio, P.C. (*pro hac vice*)  Telephone: (415) 392-1960
   gregg.locascio@kirkland.com
8  Sean M. McEldowney (*pro hac vice*)  *Attorneys for Plaintiff Tesla, Inc.*
   sean.mceldowney@kirkland.com
9  Alexia R. Brancato (*pro hac vice*)
   alexia.brancato@kirkland.com
10 KIRKLAND & ELLIS LLP
   1301 Pennsylvania Avenue, N.W.
11 Washington, D.C. 20004
12 Telephone: (202) 389-5000

13 *Attorneys for Defendant Zoox, Inc.*

14

15
   */s/ Adam S. Cashman*
16 Adam S. Cashman
   acashman@singercashman.com
17 Doug Tilley
   dtilley@singercashman.com
18 SINGER CASHMAN LLP
19 601 Montgomery Street, Suite 1950
   San Francisco, California 94111
20 Telephone: (415) 500-6080

21 *Attorneys for Defendants Scott Turner,*
22 *Sydney Cooper, and Craig Emigh*

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

<u>*/s/ Christopher W. Keegan*</u>
Christopher W. Keegan

**CERTIFICATE OF SERVICE**

On March 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Christopher W. Keegan*
Christopher W. Keegan