UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ZOOX, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-01462-PJH<br><br>**ORDER DIRECTING THE PARTIES TO APPEAR AT THE APRIL 16, 2020 CMC**<br><br>Re: Dkt. No. 67 |

The court is in receipt of the parties' stipulation to extend time for defendants to respond to the complaint (Dkt. 67). The court allows defendants until April 8, 2020 to file any such response. However, the court will *not* grant any additional request to continue the initial case management conference in this matter. That conference, scheduled for April 16, 2020 (Dkt. 65), remains on calendar.

**IT IS SO ORDERED.**

Dated: March 6, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge